

Same case below, 396 Fed. Appx. 551.

**No. 10-9030. Edward Ford, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 944, 131 S. Ct. 2144, 179 L. Ed. 2d 906, 2011 U.S. LEXIS 3092.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9031. Isaac Flores, Petitioner v. Francisco Jacquez, Acting Warden, et al.**

563 U.S. 944, 131 S. Ct. 2110, 179 L. Ed. 2d 906, 2011 U.S. LEXIS 3034.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9032. Dennis Guyton, Petitioner v. Scott Hunt.**

563 U.S. 944, 131 S. Ct. 2110, 179 L. Ed. 2d 906, 2011 U.S. LEXIS 3146, 

April 18, 2011. Petition for writ of certiorari to the Court of Civil Appeals of Alabama denied.

Same case below, 61 So. 3d 1085.

**No. 10-9033. Johnny L. Hardeman, Petitioner v. Charles Sanders, et al.**

563 U.S. 944, 131 S. Ct. 2110, 179 L. Ed. 2d 906, 2011 U.S. LEXIS 3151.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-9038. Jason D. Cooper, Petitioner v. Brian Owens, Commissioner, Georgia Department of Corrections.**

563 U.S. 944, 131 S. Ct. 2111, 179 L. Ed. 2d 906, 2011 U.S. LEXIS 3024.

April 18, 2011. Petition for writ of certiorari to the Superior Court of Georgia, Fulton County, denied.

**No. 10-9043. John Orville Study, Petitioner v. United States.**

563 U.S. 944, 131 S. Ct. 2111, 179 L. Ed. 2d 906, 2011 U.S. LEXIS 3055, 

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9044. Isidro Ramirez, Petitioner v. John Ault, Warden.**

563 U.S. 944, 131 S. Ct. 2111, 179 L. Ed. 2d 906, 2011 U.S. LEXIS 3103, 

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9048. Russell Arbin Rogers, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

563 U.S. 944, 131 S. Ct. 2144, 179 L. Ed. 2d 906, 2011 U.S. LEXIS 3007.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.